**RE: Personal Hearing**

Case # 1:17-CV-00698-LM

Loudenslager v. Local #13 Plumbers Steamfitters

    I am requesting a hearing in writing with Judge Landya B. McCafferty reguarding the contents of this case and the future of the courts involvement in this case.

    I am requesting that the hearing be held in the privicy of Judge Landya McCafferty's office because of the sensitive nature of the case.

    I am also requesting that Judge McCafferty's please reply within 24 hours of reading this request and to schedule a quick and timely hearing within 2 weeks time.

    Signed Plaintiff:

Bruce Loudenslager

2018 JAN -2 ᴘ 2:17
FILED
U.S. DISTRICT COURT
DISTRICT OF NH